# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALL DIVISION

**RAMON ODIN LAGOS MURILLO,**

    **Plaintiff,**

vs.                                            Case No. 4:07cv518-SPM/WCS

**UNITED STATES, et al.,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff, a *pro se* prisoner, has submitted to this Court a lengthy document entitled, "The Lamentation of a Homosapien on the Most Deep Place on Earth."  Doc. 1. This complete lamentation has not been reviewed as Plaintiff explains on page 2 that he will explain why he is "incarcerated and also why this is in violation of the Human Rights or Equal Protection by the Law."  *Id.*

Plaintiff did not pay the filing fee for this case, nor did Plaintiff submit an *in forma pauperis* motion.  This local rules of this Court provide that a civil case should not be filed until the fee is paid, "unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis*."  N.D. Fla. Loc. R. 5.1(H).  As Plaintiff did not

comply with that rule, this case should be dismissed. Plaintiff may resubmit an action as may be appropriate and he must simultaneously pay the filing fee or submit an *in forma pauperis* motion.

Additionally, if Plaintiff is challenging the basis of his incarceration and wishes to show why his incarceration is unlawful, Plaintiff should file the appropriate habeas petition. The filing fee for such a case is $5.00. If, on the other hand, Plaintiff intends to challenge the *manner* or conditions of his incarceration, Plaintiff may file a civil rights case. The cost for this type of case is $350.00.

However, that being said, Plaintiff is incarcerated in South Carolina. Plaintiff should not file any case in this Court unless the Defendants are within the Northern District of Florida. If Plaintiff is challenging his conviction under § 2255, he should file his petition in the district of his conviction.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case, doc. 1, be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on December 10, 2007.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:07cv518-SPM/WCS