IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAMON ODIN LAGOS MURILLO,
    Plaintiff,

vs.                                        CASE NO. 4:07cv518-SPM/WCS

UNITED STATES, et al.,
    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated December 10, 2007 (doc. 3).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice to Plaintiff's opportunity to refile in an appropriate form (habeas or civil rights) in an appropriate district, with payment of the filing fee or with a motion to proceed in forma pauperis.

DONE AND ORDERED this 11th day of January, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge